UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ROBEN HILL, individually and on behalf of similarly situated employees,<br>      Plaintiff,<br><br>      v.<br><br>SUPERIOR AIR-GROUND AMBULANCE SERVICE OF INDIANA and DAVID B. HILL, III,<br>      Defendants. | CAUSE NO.:2:23-CV-333-PPS-JEM |

**ORDER**

This matter is before the Court on Plaintiff's Stipulation of Dismissal [DE 20], filed on November 21, 2023. As the Court explained when it entered an Order denying Plaintiff's Notice of Dismissal without Prejudice [DE 18] on November 17, 2023, plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal **signed by all parties who have appeared**. Fed. R. Civ. P. 41(a)(1)(A)(ii). In this case, the document was filed as a stipulation but still did not contain signatures by the Defendants.

Finding that the instant document still does not comply with Federal Rule of Civil Procedure 41, the Court **DENIES with leave to refile** Plaintiff's Stipulation of Dismissal [DE 20].

SO ORDERED this 22nd day of November, 2023.

                                                      s/ John E. Martin
                                                      MAGISTRATE JUDGE JOHN E. MARTIN
                                                      UNITED STATES DISTRICT COURT

cc:    All counsel of record