UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| ROBEN HILL, individually and on behalf of similarly situated employees, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:23-CV-333-PPS-JEM |
| SUPERIOR AIR-GROUND AMBULANCE SERVICE OF INDIANA, INC., and DAVID B. HILL, III, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

The parties filed a Stipulation of Dismissal [DE 22]. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal [DE 22] is **GRANTED**. The Clerk is **ORDERED** to **DISMISS** this action **WITHOUT PREJUDICE**. Each party will bear its own costs and attorney fees. Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

SO ORDERED.

ENTERED: November 28, 2023.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**